UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ROBERT O. KINCHEN** | **CIVIL ACTION** |
| **VERSUS** | **NO:     06-3516** |
| **ED BUIE, ET AL** | **SECTION: "N" (4)** |

**PARTIAL REPORT AND RECOMMENDATION**

This matter was referred to the United States Magistrate Judge to conduct a hearing, including an Evidentiary Hearing, if necessary and to submit Proposed Findings and Recommendations for disposition pursuant to **Title 28 U.S.C. § 636(1)(B) and (C), § 1915(e)(2), and § 1915A**, and as applicable, **Title 42 U.S.C. § 1997e(c)(1) and (2)**.

**I.    Background**

The plaintiff, Robert O. Kinchen filed this action, pro se and in forma pauperis against Frankie L. Kinchen and Ed Buie on August 18, 2006.  An executed summons for Buie was filed into the record on October 12, 2006 and Buie's answer was due on November 1, 2006.  Buie has not answered or otherwise made an appearance on the record.

Considering that Kinchen failed to move for an entry and/or confirmation of default even though Buie was served yet had not made an appearance, this Court issued a show cause order to Robert Kinchen on December 14, 2006.  (*See* Rec. Doc. No. 11).  The order required him to show cause why his claims against Buie should not be dismissed for failure to prosecute.

Robert Kinchen filed a response stating that based on the order of referral to the Magistrate Judge, he assumed the courts would handle all pre-trial matters and that "the courts would notify [him] accordingly."[1] (Rec. Doc. No. 12 at 2).

The Court notes that this Court did notify him that he was required to show cause why he had not moved for an entry or confirmation of default against Buie. In his response, Kinchen makes no mention that this Court ordered him to show cause why he has not moved for an entry or confirmation of default against Buie. As of this date, Buie has not yet answered and Kinchen has still not moved for the confirmation or entry of a default against him. This Court concludes that the response fails to satisfy the show cause order. Accordingly, it recommends that the District Court dismiss all claims made by Robert O. Kinchen against Ed Buie, with prejudice, for failure to prosecute under Federal Rule of Civil Procedure 41(b).

**II.   Recommendation**

For the foregoing reasons, it is **RECOMMENDED** that Robert O. Kinchen's claims against the defendant Ed Buie be **DISMISSED WITH PREJUDICE** for failure to comply with Fed. R. Civ. P. 41(b).

A party's failure to file written objections to the proposed findings, conclusions, and recommendation in a magistrate judge's report and recommendation within **ten (10) days** after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court, provided that the party has been served with notice that such consequences will result from a failure to object. *Douglass v. United Services Automobile Association*, 79 F.3d 1415, 1430 (5th Cir. 1996).

New Orleans, Louisiana, this 19th day of March, 2007

_____
**KAREN WELLS ROBY**
**UNITED STATES MAGISTRATE JUDGE**

---

[1] Kinchen apparently references the referral order from the District Court which referred all pretrial matters in this case to the Magistrate Judge for Report and Recommendation. (*See* Rec. Doc. No. 7).