

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ROBERT O. KINCHEN** | **CIVIL ACTION** |
| **VERSUS** | **NO: 06-3516** |
| **ED BUIE, ET AL** | **SECTION: "N" (4)** |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Partial Report and Recommendation of the United States Magistrate Judge, and the failure of plaintiff to file an objection to the Magistrate Judge's Partial Report and Recommendation, hereby approves the Partial Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Robert O. Kinchen's complaint against Ed Buie be **DISMISSED WITH PREJUDICE** for failure to prosecute under Fed. R. Civ. P. 41(b).

New Orleans, Louisiana, this 20th day of April, 2007

**UNITED STATES DISTRICT JUDGE**

```
___ Fee_____
___ Process____
 X  Dktd_____
___ CtRmDep___
___ Doc. No.___
```