## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ROBERT O. KINCHEN, JR.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 06-3516** |
| **ED BUIE and** | **SECTION "N" (4)** |
| **FRANKIE L. KINCHEN** | |

### O R D E R

The court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of the plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the complaint of Robert O. Kinchen, Jr. is **DISMISSED WITHOUT PREJUDICE** as frivolous pursuant to Title 28 U.S.C. § 1915 for lack of jurisdiction.

New Orleans, Louisiana, this 28th day of July, 2008.

_____
UNITED STATES DISTRICT JUDGE

